# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **KHATYUSKA RANGEL**; **ELOY MENDOZA**; and **TATIANA ANDRADE**, individuals,<br><br>    Plaintiffs,<br><br>  v.<br><br>**P&P EXPONELLI LLC**, a Florida Limited Liability Corporation, d/b/a **WEGET2U**; and **PAULO AMARAL NETO**, an individual,<br><br>    Defendants. | Case No. 3:23-cv-00591-IM<br><br>**DISMISSAL ORDER** |

Based on Plaintiffs' Motion to Dismiss filed on July 3, 2024, ECF 46, this action is

DISMISSED with prejudice and with no costs, disbursements, or fees awarded to any party.

**IT IS SO ORDERED.**

DATED this 16th day of July, 2024.

/s/ Karin J. Immergut<br>
Karin J. Immergut<br>
United States District Judge

PAGE 1 – DISMISSAL ORDER